Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Anderson COUTINHO-SILVA<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>-v-<br>United States OF America,<br>Ramirez, Food service staff<br>All Unknown staff<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | Case No. 1:19cv 783<br>_(to be filled in by the Clerk's Office)_<br><br>FILED<br>SCRANTON<br>MAY 0 3 2019<br>PER _____ DEPUTY CLERK |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    AnDersoN COUTiNHO-SILVA

All other names by which                N/A
you have been known:

ID Number                               64654-066

Current Institution                     Federal Correctional Complex
Address                                 US Penitentiary Max  PO Box 8500
                                        Florence     CO    81226
                                           *City*          *State*      *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                                Ramirez.
    Job or Title *(if known)*           Food Service Staff Director
    Shield Number                       UNKNOWN
    Employer                            Federal Bureau OF PriSONS
    Address                             US Penitentiary; 2400 Robert F. Miller Dr
                                        Lewisburg      PA    17837
                                           *City*          *State*      *Zip Code*
    ☐ Individual capacity   ☒ Official capacity

Defendant No. 2
    Name                                _____
    Job or Title *(if known)*           _____
    Shield Number                       _____
    Employer                            _____
    Address                             _____
                                        _____
                                           *City*          *State*      *Zip Code*
    ☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name     _____
    Job or Title *(if known)* _____
    Shield Number     _____
    Employer     _____
    Address     _____
    _____

| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name     _____
    Job or Title *(if known)* _____
    Shield Number     _____
    Employer     _____
    Address     _____
    _____

| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.    Are you bringing suit against *(check all that apply)*:

      ☒ Federal officials (~~a Bivens claim~~) TORT Claim 28-USC-1346

      ☐ State or local officials (a § 1983 claim)

   B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

   C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

This Claim is against the Food Service DirecTO Ramirez:

This is The lawsuit continuation pages

Claim ONE: 8TH Amendment violation
cruel and unusual punishment; and
Diliberant indifference to MY
serious medical Needs:

Supporting Grounds: as a inmate
in the custody of the United states
ATTORNEY General and The
federal BUREAU OF PRISON was
assigned as MY custodian, i
have a Constitutional Right to
be safe and provided with
POISON FREE FOOd, and PROPER
TREATMENT FOR Medical care;
The Food service Administrator
~~anderson~~ ~~officer~~ MR. RAMIREZ
and 4 unnamed individuals were
diliberately indifferent to MY
serious Medical Needs by
serving old, spoiled food over
a period of time from 2012-2016

4 A
page ~~4of8~~

IT is Well KNOWN ThaT
MR Ramirez and 4 UNKNOWN
STaFF Were Serving Molded
Jelly, Spoiled Coleslaw and
Macaroni Salad, Rotten apples,
and Contaminated RICE ON
Food TREYS ThaT Were NOT
Properly SaNiTiZED; This was
an ONGOING Situation FOR
a PERiod OF 5 YEARS 2012-
2016 aT The USP LEWisburg
PRISON iN The Food Service
Department/ MAiN KiTCHEN:
MR Ramirez and 4 UNKNOWN
OFFiciaLS CauSed
UNSaFE Food TO BE PlaCed
ON MY FOOd TREY and Served
TO Me KNOWiNG ThaT The
Food Was Old and Expired
MaKiNG it UNSaFE For INmate
and HUMAN CONSUMPTiON,
This is a Claim FOR
DEPRiViNG Me OF MY ConstitU-
TiONaL RigHT TO BE FREE
FROM Cruel And UNUSaLL
PUNiSHMent:

                    4 B
              PagE 2 oF 3

REQUESTED RELIEF: I am
REQUESTING $500,000.00
FIVE HUNDRED Thousand US
Dollars:

Page 4 C

C.      What date and approximate time did the events giving rise to your claim(s) occur?

See Attached 4A 4B 4C pages

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See 4A 4B 4C pages

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was vomiting, and had Pain iN MY Head and I was Deprived aNY Medical TREATMENT.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would likE TO BE Awarded $500,000.00 FiVE HuNdred Thousand US DollarS aNd all OFFicials TO BE DiSaplined.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lewisburg US Penitentiary

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Claim For Food Poisoning

15

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I Filed a BP-8 BP-9 BP-10 BP-11 and with The F.B.O.P and i Filed them all again

2.    What did you claim in your grievance?

I Claimed That I was feed Poisonious/ contaminated Food

3.    What was the result, if any?

NO Action was TAKEN.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I Fully Exhausted all MY Admin-istrative remedies with help from Prisoners :

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

N/A

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Originaly filed a civil action and DUE TO failure TO completly Exhcust all administrative Remedies I voluntery Dismissed and Now im Re-filing:

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* See all Attached Documents and all remedies ON Docket of Prior suit 3:17-cv-00378-JMM-SES

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   AnDerSON COUTINHO-SIIVA

Defendant(s)   Ramirez, Food SerVice Director

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Middle DiStrict OF PennSYlVania

3.   Docket or index number

3:17-CV-00378-JMM-SES

4.   Name of Judge assigned to your case

Jcmes M. Munley, and SuSan E. Schwab

5.   Approximate date of filing lawsuit

3-1-2017

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.   8-21-2018

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

NO; VOlUNtcry DiSmiSScl

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

*18*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes    See Attached pages Exhibits

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    _____
      Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

**IX.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   3-13-2019

Signature of Plaintiff

Printed Name of Plaintiff   ANDERSON COUTINHO-SILVA

Prison Identification #   64654-066

Prison Address   US Penitentiary Max PO Box 8500

Florence              CO    81226
    *City*        *State*   *Zip Code*

**B.   For Attorneys**

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
    *City*         *State*   *Zip Code*

Telephone Number   _____

E-mail Address   _____

CASREF,PROSE,WVSENT

# United States District Court
## Middle District of Pennsylvania (Scranton)
### CIVIL DOCKET FOR CASE #: 3:17-cv-00378-JMM-SES

COUTINHO-SILVA v. RAMIREZ
Assigned to: Honorable James M. Munley
Referred to: Magistrate Judge Susan E. Schwab
Case in other court: Pennsylvania Eastern, 2:17-cv-00326
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/01/2017
Jury Demand: None
Nature of Suit: 555 Prisoner Civil Rights
(Prison Conditions)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ANDERSON COUTINHO-SILVA**          represented by **ANDERSON COUTINHO-SILVA**
64654-066
FLORENCE ADMAX
SPECIAL MAIL - OPEN ONLY IN
THE PRESENCE OF THE INMATE
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226
PRO SE

V.

**Defendant**

**Ramirez**          represented by **S B Bellin**
*USP LEWISBURG FOOD DIRECTOR*          U.S. Attorney's Office - Prisoner
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
717-221-4482
Email: shana.b.bellin@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2017 | 1 | COMPLAINT against RAMIREZ, filed by ANDERSON COUTINHO-SILVA. NO FEE. NO IFP. (Attachments: # 1 Civil Cover Sheet, # 2 Envelope)(jwl, ) [Transferred from Pennsylvania Eastern on 3/1/2017.] (Entered: 01/24/2017) |

| 03/30/2017 | 11 | WAIVER OF SERVICE Returned by Ramirez. Ramirez waiver sent on 3/13/2017, answer due 5/12/2017. (aaa) (Entered: 03/30/2017) |
| 04/14/2017 | | VERBAL ORDER REFERRING CASE to Magistrate Judge Susan E. Schwab; (jw) (Entered: 04/14/2017) |
| 05/12/2017 | 12 | MOTION to Dismiss by Ramirez. (Attachments: # 1 Proposed Order)(Bellin, S) (Entered: 05/12/2017) |
| 05/12/2017 | 13 | BRIEF IN SUPPORT re 12 MOTION to Dismiss filed by Ramirez. (Attachments: # 1 Exhibit(s))(Bellin, S) (Entered: 05/12/2017) |
| 05/15/2017 | 14 | ORDER - Defendant has filed a motion to dismiss the complaint (doc. 12) and a brief in support of that motion (doc. 13). IT IS ORDERED that the plaintiff shall file, on or before, May 30, 2017, a brief in opposition to the defendant's motion. Signed by Magistrate Judge Susan E. Schwab on 5/15/2017. (ktt) (Entered: 05/15/2017) |
| 05/22/2017 | 15 | Letter dtd 5/15/17 from Coutinho-Silva RE: filing fee (ao) (Entered: 05/23/2017) |
| 05/30/2017 | | Receipt of payment from ERIC BURNS in the amount of $0.44 for PLRA CIVIL FILING FEE. Transaction posted on 5/26/2017. Receipt number 333055528 processed by gangeli. (tp) (Entered: 05/30/2017) |
| 06/27/2017 | 16 | ORDER - IT IS ORDERED that Coutinho-Silva shall show cause, on or before July 10, 2017, why the motion to dismiss should not be granted as unopposed and why this action should not be dismissed pursuant to Fed.R.Civ.P. 41(b) in that he has failed to prosecute this action. Signed by Magistrate Judge Susan E. Schwab on 6/27/2017. (ktt) (Entered: 06/28/2017) |
| 07/10/2017 | 17 | Letter dtd 7/4/17 from Coutinho-Silva responding to Order dtd 6/27/17. (ao) (Entered: 07/11/2017) |
| 07/11/2017 | 18 | ORDER - IT IS ORDERED that the Clerk of Court is directed to docket Coutinho-Silva May 29, 2017 letter/brief (doc. 17 at 4) as his brief in opposition to the pending motion to dismiss. The defendant may file a reply brief within 14 days from the date of this Order. Signed by Magistrate Judge Susan E. Schwab on 7/11/2017. (ktt) (Entered: 07/11/2017) |
| 07/11/2017 | 19 | BRIEF IN OPPOSITION re 12 MOTION to Dismiss filed by ANDERSON COUTINHO-SILVA.(ktt) (Entered: 07/12/2017) |
| 07/24/2017 | 20 | Letter from the plaintiff regarding case filed by ANDERSON COUTINHO-SILVA.(pjr) (Entered: 07/24/2017) |
| 08/14/2017 | 21 | Letter dated 8/10/17 from Plaintiff requesting counsel. (aaa) (Entered: 08/14/2017) |
| 09/20/2017 | 22 | ORDER - IT IS ORDERED that Coutinho-Silva's motion 21 for the appointment of counsel is DENIED. SEE ORDER FOR COMPLETE |

 # Case Search Results

**Search Criteria:** Case Search; Case Title: COUTINHO-SILVA
**Result Count:** 4 (1 page)
**Current Page:** 1

| Case Title | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|
| COUTINHO-SILVA v. CURRAN FROMHOLD CORRECTIONAL FACILITY | 2:2016cv06364 | Pennsylvania Eastern District Court | 12/08/2016 | 12/14/2016 |
| COUTINHO-SILVA v. PRATTER | 2:2011cv04432 | Pennsylvania Eastern District Court | 07/11/2011 | 12/13/2011 |
| COUTINHO-SILVA v. RAMIREZ | 2:2017cv00326 | Pennsylvania Eastern District Court | 01/23/2017 | 01/26/2017 |
| COUTINHO-SILVA v. RAMIREZ | 3:2017cv00378 | Pennsylvania Middle District Court | 03/01/2017 | 08/21/2018 |

| PACER Service Center | | Receipt 11/14/2018 15:25:26 1313025534 |
|---|---|---|
| **User** | bp0095 | |
| **Client Code** | | |
| **Description** | All Court Types Case Search | |
| | All Courts; Case Title COUTINHO-SILVA; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

Name:  Coutinho-Silva

Reg. No:  64654-066

Qtrs:  J-216


The following is in response to your concern over the recent gastrointestinal illness at USP Lewisburg.

Over the pasts few weeks, several inmates at USP Lewisburg have reported symptoms related to gastrointestinal disturbances. Health Services staff have assessed all inmates who reported these symptoms, and they have received appropriate treatments.    We continue to remain committed in providing a safe environment for both inmates and staff.    As always, if you have any medical concerns, please report them through daily sick call.


12-14-2016
Date

Admin. Remedy No.: 886409-F1
Part B - Response

## ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy
received December 20, 2016, wherein you allege you were served
contaminated food.

A thorough review of this matter reveals over the past few
weeks, several inmates at USP Lewisburg have reported symptoms
related to gastrointestinal disturbances. Health Services staff
have assessed all inmates who reported these symptoms, and they
received appropriate treatment.  Food Service continues to
remain committed to providing a safe environment for both
inmates and staff.  As per Program Statement 4700.06, Food
Service Manual, all safety, sanitation, and cooking procedures
are being followed. As always, if you have any medical concerns,
report them through sick call.

Based on the above findings, this response to your request for
Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to
the Regional Director, United States Federal Bureau of Prisons,
Northeast Regional Office, United States Customs House-Seventh
Floor, Second and Chestnut Streets, Philadelphia, PA 19106,
within twenty (20) calendar days from the date of this response.

_12/28/16_
Date

_____
David J. Ebbert, Warden

COUTINHO-SILVA, Anderson
Reg. No. 64654-066
Appeal No. 886409-R1
Page One

---

### Part B – Response

You appeal the response from the Warden at USP Lewisburg and assert that the Food Service Department served old food.  Specifically, you claim you notified the Administration on November 22, 2016 that you were served old food.  You also contend you were not seen by Health Services.  You request review of this matter.

A review of your appeal reveals in November 2016 several inmates at USP Lewisburg reported symptoms related to gastrointestinal disturbances.  Procedures were put into place to address these concerns and Health Services staff assessed all inmates who reported these symptoms.  Medical staff advises there is no documentation that you reported any illness to them at that time.  If you have any medical concerns, you may see your Primary Care Provider via sick call. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons.  Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date:  February 7, 2017              M.D. CARVAJAL
                                      Regional Director

Ex. 1, Attach. C, p. 6

Administrative Remedy Number 886409-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal in which you claim you were served old food which caused
you to be sick at USP Lewisburg.  You make no specific request
for relief.

Our investigation reveals that the Warden and Regional Director
adequately addressed the issues you raised in this appeal and we
concur with the responses provided.  As was explained, there was
a gastrointestinal condition which affected some inmates.  Those
inmates were isolated and provided medical care.  Decontamination
of affected areas was conducted.  We find staff members' actions
during this period were commensurate with established policy and
procedures

Based on the foregoing, this response is provided for
informational purposes only.

_7\13\17_____                    _____
Date                               Ian Connors, Administrator
                                   National Inmate Appeals



RECEIVED
AUG 1 0 2017
ADX Warden's Office



**Individualized Reentry Plan - Program Review  (Inmate Copy)**          SEQUENCE: 01588348

Dept. of Justice / Federal Bureau of Prisons          Team Date: 03-17-2019.

Plan is for inmate: COUTINHO-SILVA, ANDERSON JOSE  64654-066

| Most Recent Payment Plan | | | | |
|---|---|---|---|---|
| No. | Type | Amount | Balance | Payable | Status |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $1,000.00 | $1,000.00 | IMMEDIATE | WAIT PLAN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months: $0.00          Payments commensurate ?   N/A

New Payment Plan:          ** No data **

## Progress since last review

* Has not maintained clear conduct since last review.
* Has not signed an FRP contract.
* Is participating in programming.

## Next Program Review Goals

* Enroll in one Education programs (Engineering Disasters) and/or one Psychology program (PSYCHOLOGY SERVICES SELF-HELP PACKETS OR WORKBOOKS).
* Continue maintaining clear conduct by displaying good communication skills with staff and other inmates.
* Sign an FRP contract and begin making FRP payments.
* Continue to actively participate in the English as a Second Language program.

## Long Term Goals

* Complete four Education (Earth Flight, Lost Worlds of South America, Deadliest Catch Season 1, and Deadliest Catch Season 2) and/or two Psychology programs (PSYCHOLOGY SERVICES SELF-HELP LIBRARY and PSYCHOLOGY SERVICES SELF-INTERPRETATION ESSAYS) by March 2020.
* Display good communication skills with staff and other inmates by maintaining clear conduct until March 2020.
* Make 12 FRP payments by March 2019.
* Complete the English as a Second Language program by March 2019.

## RRC/HC Placement

No.
Other detaining authority will take custody upon release.

## Comments

Treaty Transfer: Eligible and not interested.
* As per inmate Coutinho-Silva there are no emergency contacts.
* Not eligible for Step-Down due to incident report(s) within the last year.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: COUTINHO-SILVA, ANDERSON JOSE  64654-066

SEQUENCE: 01588348

Team Date: 09-25-2018

| Most Recent Payment Plan | | | | |
|---|---|---|---|---|
| No. | Type | Amount | Balance | Payable | Status |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $1,000.00 | $1,000.00 | IMMEDIATE | WAIT PLAN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months: $0.00          Payments commensurate ?   N/A

New Payment Plan:          ** No data **

## Progress since last review

* Has maintained clear conduct since last review.
* Has participated in programming.

## Next Program Review Goals

* Enroll in one Education programs (Engineering Disasters) and/or one Psychology program (PSYCHOLOGY SERVICES SELF-HELP PACKETS OR WORKBOOKS).
* Continue maintaining clear conduct by displaying good communication skills with staff and other inmates.
* Sign an FRP contract and begin making FRP payments.
* Continue to actively participate in the English as a Second Lanugage program.

## Long Term Goals

* Complete four Education (Earth Flight, Lost Worlds of South America, Deadliest Catch Season 1, and Deadliest Catch Season 2) and/or two Psychology programs (PSYCHOLOGY SERVICES SELF-HELP LIBRARY and PSYCHOLOGY SERVICES SELF-INTERPRETATION ESSAYS) by September 2019.
* Continue to display good communication skills with staff and other inmates by maintaining clear conduct until September 2019.
* Make four FRP payments by September 2019.
* Complete the English as a Second Lanugage program by September 2019.

## RRC/HC Placement

No.
Other detaining authority will take custody upon release.

## Comments

Treaty Transfer: Eligible and not interested.
* As per inmate Countinho-Silva there are no emergency contacts.
* Not eligible for Step-Down due to incident report(s) within the last year.



**U.S. Department of Justice**

Federal Bureau of Prisons
*United States Penitentiary*
*2400 Robert F. Miller Drive*
*P. O. Box 1000*
*Lewisburg, PA  17837*

30 de noviembre de 2016

MEMORÁNDUM PARA LA TODA POBLACIÓN DE RECLUSOS DE LEWISBURG USP

DE: David J. Ebbert, Alcaide

TEMA: Enfermedad Gastrointestinal

El propósito de este memorando es informar a la población reclusa
de una afección gastrointestinal dentro de la población de la SMU
en Lewisburg USP. Los reclusos que presentan con síntomas (fiebre,
diarrea y retortijones de estómago) están siendo aislados así como
un menor número de internos afectados por ser celled o en contacto
directo con los internos afectados.

Vamos a seguir con un horario modificado para incluir cajas de
almuerzo con el fin de semana. Ventas de Comisario se reanudarán
el jueves.

Como recordatorio, deben utilizarse métodos de higiene como el
lavado de manos frecuente y eficaz:
1. Caliente, agua corriente de uso
2. Usar jabón siempre que sea posible
3. Frotar las manos durante al menos 20 segundos
4. Matorrales por debajo de las uñas
5. Enjuague y luego seque

Cuándo lavarse las manos:
1. Despues de usar el inodoro
2. 2. Antes de comer o tocar alimentos

Esta es una traducción de un documento de inglés proporcionado como cortesía a
aquellas no domina el inglés.  Si se produce diferencias o cualquier
malentendido, los documentos de registro será el documento inglés relacionado.

This is a translation of an English-language document provided as a courtesy to
those not fluent in English.  If differences or any misunderstandings occur, the
documents of record shall be the related English-language document.



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

_____

U.S. Custom House - 7ᵗʰ Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

February 19, 2019

Anderson Coutinho-Silva, Reg. No. 64654-066
USP Florence Max
P.O. Box 8500
Florence, CO  81226-8500

    Re:  Administrative Claim No. TRT-NER-2018-03816

Dear Mr. Coutinho-Silva:

    This office is in receipt of your administrative claim materials, for an alleged personal injury suffered on November 22, 2016, at USP Lewisburg.

    After carefully reviewing your administrative claim materials, we have determined it is a duplicative claim. Your claim is a duplicate of Administrative Claim No. TRT-NER-2018-03816, which the BOP Northeast Regional Office denied on June 4, 2018, more than six months ago (copy attached).

    Accordingly, I am returning your claim materials to you.

                Sincerely,

                Darrin Howard
                Regional Counsel



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*



---

*Via Certified and Return Receipt Mail*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA 19106*

June 4, 2018

Mr. Anderson Coutinho-Silva, Reg. No. 64654-066
USP Florence (ADMAX)
P.O. Box 8500
Florence, CO 81226

    RE:   Administrative Claim No. TRT-NER-2018-03816

Dear Mr. Coutinho-Silva:

    Your Administrative Claim No. TRT-NER-2018-03816, properly
received on April 23, 2018, has been considered for settlement as
provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672,
under authority delegated to me by 28 C.F.R. § 543.30.  Damages are
sought in the amount of $10,000.00 based on a personal injury
claim.  Specifically, you allege you became ill after being served
contaminated food at USP Lewisburg.

    An investigation reveals that a number of inmates at USP
Lewisburg developed vomiting and diarrhea as a result of a food-
borne illness in November and December 2016.  As a result, all
inmates were informed to immediately report any symptoms to staff.
Procedures were put into place to address these concerns and Health
Services staff assessed all inmates who reported these symptoms.
The investigation, including review of your medical records,
reveals no documentation that you reported any symptoms.  There is
no evidence that you experienced a compensable loss as the result
of negligence on the part of any Bureau of Prisons employee.
Accordingly, your claim is denied.

    If you are dissatisfied with this decision, you may bring an
action against the United States in an appropriate United States
District Court within six (6) months of the date of this letter.

                              Sincerely,

                              Darrin Howard
                              Regional Counsel

cc: David J. Ebbert, Warden, USP Lewisburg

