# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON COUTINHO-SILVA, | : | CIVIL NO. 1:19-CV-00783 |
| Plaintiff, | : | |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants. | : | |

# ORDER
April 2, 2020

Following a status conference and pursuant to the discussion at the conference, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss or in the alternative for summary judgment (*doc. 26*) is **DISMISSED** as moot. Defendants have 30 days from **April 2, 2020**, to file responsive pleadings. Upon receipt of any motions and briefs in support thereof, and in accordance with Local Rule 7.6, Plaintiff will have 14 days from the date of service of Defendants' brief to file a brief in opposition. Pursuant to Local Rule 7.7, Defendants may file a reply brief within 14 days of being served with a copy of Plaintiff's brief in opposition. All briefs must conform to the requirements of Local Rule 7.8.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge