UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON COUTINO-SILVA, | : | CIVIL NO: 1:19-CV-00783 |
| Plaintiff | : | |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

## ORDER
May 15, 2020

For the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS ORDERED** that Defendants' motion to dismiss (*doc. 36*) is **GRANTED**, and the Clerk of Court is directed to close the case.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge